CHICAGO, R. I. & P. RY. CO. v. TONEY *et al.*

No. 1563.   Opinion Filed February 6, 1912.

(121 Pac. 642.)

*Error from District Court, Stephens County;*
*Frank M. Bailey, Judge.*

Action by L. E. Toney and Dan Vorhees against the Chicago, Rock Island & Pacific Railway Company.   Judgment for plaintiffs, and defendant brings error.   Affirmed.

*C. O. Blake, H. B. Low,* and *Gilbert & Bond,* for plaintiff in error.

*J. B. Wilkinson,* for defendants in error.

Opinion by AMES, C.   This is an appeal from an order of the district court sustaining a motion to dismiss an appeal taken to that court from a court of a justice of the peace, in December, 1908.   Since this appeal was taken, the question has been settled by the decisions of this court, and counsel for the plaintiff in error now concede that the case should be affirmed. *Atchison, T. & S. F. Ry. Co. v. McFarland,* 30 Okla. 594, 120 Pac. 559; *Graham Paper Co. v. Bartlesville Pub. Co.,* 27 Okla. 781, 117 Pac. 199; *Farmers' Mill & Elevator Company v. Lewis,* 29 Okla. 245, 110 Pac. 764; *Holcomb v. Chicago, R. I. & P. Ry. Co.,* 27 Okla. 667, 112 Pac. 1023.

By the Court:   It is so ordered.